THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

AHMED MOUSSA,

          Plaintiff,

    v.

MICROSOFT CORPORATION,

          Defendant.

No. 2:26-CV-1538

**STIPULATED MOTON TO**
**EXTEND TIME**

NOTE ON MOTION CALENDAR:
May 12, 2026

Pursuant to Local Rules 7(d)(1) and 10(g), plaintiff Ahmed Moussa and defendant Microsoft Corporation stipulate as follows:

1. On May 6, 2026, Microsoft removed this lawsuit from King County Superior Court to this Court. Because Microsoft had not responded to the Complaint in Superior Court, Microsoft's deadline for responding in this Court is May 13, 2026.

2. On May 11, 2026, pro se plaintiff and Microsoft's counsel held an initial telephone conference in which they agreed that an extension of time for Microsoft to respond to the Complaint would facilitate potentially productive additional discussions regarding alternatives to litigation.

3. This is the first request for an extension. This extension is not sought for the purposes of improper delay, and no party will be prejudiced as a result.

STIPULATED MOTION – 1
(No. 2:26-CV-1538)

241826.0006.0241\187058583.1

WHEREFORE, reserving all of their respective rights, claims, and defenses, the parties respectfully request that the deadline for Microsoft to respond to plaintiff's Complaint be extended to May 27, 2026.

Dated: May 12, 2026

By: *s/ Andrew E. Moriarty*
Andrew E. Moriarty, Bar No. 28651
AMoriarty@perkinscoie.com

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Microsoft Corporation*

By: *s/ Ahmed Moussa*
Ahmed Moussa, Plaintiff *Pro Se*
ahmsayat@icloud.com

151 12th Ave, Unit 106, Seattle, WA 98122
(Service)
500 Westover Dr #30521, Sanford, NC 27330
(Mailing)
Telephone: 904-735-9932

STIPULATED MOTION – 2
(No. 2:26-CV-1538)

241826.0006.0241\187058583.1

# [PROPOSED] ORDER

Based upon the foregoing stipulation, **IT IS SO ORDERED.**

DATED this <u>12th</u> day of <u>May </u>2026.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION – 3
(No. 2:26-CV-1538)

**Perkins Coie LLP**
1301 Second Avenue Suite 4200
Seattle, WA 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

241826.0006.0241\187058583.1

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 12, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List, and that I sent additional copies to the addresses below via:

Ahmed Moussa, Plaintiff *Pro Se*
151 12ᵗʰ Avenue, Unit 106
Seattle, WA 98122
Phone: 904.735.9932
Email: ahmsayat@icloud.com

Ahmed Moussa, Plaintiff *Pro Se*
500 Westover Dr #30521
Sanford, NC 27330

☐  Via hand delivery
☑  Via U.S. Mail, 1st Class, Postage Prepaid
☐  Via Overnight Delivery
☑  Via Email
☑  Via CM/ECF

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

EXECUTED at Seattle, Washington, on May 12, 2026.

*s/ Andrew E. Moriarty*
Andrew E. Moriarty, WSBA No. 28651

CERTIFICATE OF SERVICE
(No. 2:26-CV-1538) –4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

241826.0006.0241\187058583.1